

Feb 12, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20080-CR-COOKE/TURNOFF

18 U.S.C. § 666(a)(1)(A)
18 U.S.C. § 982(a)(7)

UNITED STATES OF AMERICA

v.

KATHRYN ABBATE,

        Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Defendant, **KATHRYN ABBATE**, was the Chief Executive Officer of Miami Beach Community Health Center ("MBCHC").

2. MBCHC was a Federally Qualified Health Center, which is a community-based organization that provides medical care to persons regardless of ability to pay or insurance status, with locations in Miami Beach and North Miami, Florida.

3. To carry out its mission, MBCHC was funded by federal, state, and local grants, as well as private donors. MBCHC received federal funds from the United States Department of Health and Human Services. MBCHC received well in excess of $10,000 in federal funds per year from 2008 to 2012.

## COUNT 1
### (Theft from an Organization Receiving Federal Funds)
### 18 U.S.C. § 666(a)(1)(A)

4. The General Allegations set forth in paragraphs one through three of this Information are re-alleged and incorporated by reference as though fully set forth herein.

5. From in or around 2008, through in or around May 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KATHRYN ABBATE,**

being an agent of an organization receiving benefits in excess of $10,000 under a Federal program during any one-year period, that is, the Miami Beach Community Health Center, did embezzle, steal, obtain by fraud, and otherwise without authority knowingly convert to her own use property having a value of $5,000 or more and owned by and under the care, custody, and control of such organization.

### Manner and Means of the Fraud

6. The defendant, **KATHRYN ABBATE**, obtained unauthorized compensation by causing MBCHC to issue unaccrued vacation pay to her that was not approved or authorized by the Board of Directors who set her compensation.

7. The defendant, **KATHRYN ABBATE**, caused MBCHC to disburse millions of dollars in over 800 checks made payable to her for "community development." **ABBATE** provided no backup documentation, such as an invoice or receipt, for any of these checks. Funds from these checks were misappropriated by **ABBATE**. **ABBATE** knowingly provided false and fraudulent documents in 2012 to MBCHC's auditors that falsely and fraudulently indicated that $1 million of these funds were paid to five doctors. In truth and in fact, the funds were not paid

to those doctors.

8. The aggregate value of the property under the care, custody and control of MBCHC that the defendant, **KATHRYN ABBATE**, did embezzle, steal, obtain by fraud and otherwise without authority knowingly convert to her own use or the use of others was several million dollars (and was more than $5,000 in each calendar year from 2008 to 2012).

### Execution of the Fraud

9. On or about March 3, 2011, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KATHRYN ABBATE,**

being an agent of an organization receiving benefits in excess of $10,000 under a Federal program during any one-year period, that is, the Miami Beach Community Health Center, did embezzle, steal, obtain by fraud, and otherwise without authority knowingly convert to her own use property having a value of $5,000 or more and owned by and under the care, custody, and control of such organization, that is, a check issued to the defendant in the amount of five thousand ($5,000) dollars, in violation of Title 18, United States Code, Section 666(a)(1)(A).

### FORFEITURE
### (18 U.S.C. § 982)

1. The allegations contained in this Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KATHRYN ABBATE**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 666, as alleged in this Information, defendant, **KATHRYN ABBATE**, shall forfeit to the United States

3

all of her right, title and interest in any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such violation.

All pursuant to Title 18, United States Code, Section 982(a)(7), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable through Title 18, United States Code, Section 982(b)(1).

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| KATHRYN ABBATE, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| _X_ | Miami | ___ | Key West | | |
|---|---|---|---|---|---|
| ___ | FTL | ___ | WPB | ___ | FTP |

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
   List language and/or dialect

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   
   | I | 0 to 5 days | _X_ |
   |---|---|---|
   | II | 6 to 10 days | ___ |
   | III | 11 to 20 days | ___ |
   | IV | 21 to 60 days | ___ |
   | V | 61 days and over | ___ |

   (Check only one)
   
   | Petty | ___ |
   |---|---|
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | _X_ |

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
Michael N. Berger
ASSISTANT UNITED STATES ATTORNEY
Court No.: A5501557

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>KATHRYN ABBATE</u>

**Case No**: _____

Count #: 1

<u>Theft Concerning a Program Receiving Federal Funds</u>

<u>Title 18, United States Code, Section 666</u>

**\* Max.Penalty:** <u>Ten (10) Years' Imprisonment</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**